PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TAYLOR R. BRYANT, | ) | |
| | ) | CASE NO. 1:24-CV-926 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| | ) | **ORDER** |
| Defendant. | ) | [Regarding ECF No. 12] |

On May 5, 2025, the assigned magistrate judge issued a Report and Recommendation suggesting that the Court vacate and remand the Commissioner's decision denying Plaintiff's applications for Supplemental Security Income ("SSI") pursuant to 42 U.S.C. § 405(g) sentence four. *See* R. & R. (ECF No. 12).

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id*.; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Absent objections, a district court may adopt a magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

(1:24-CV-926)

In the instant case, objections to the Report and Recommendation were due by May 19, 2025. None of the parties have filed any objections.[1] Accordingly, the Court adopts the Report and Recommendation. ECF No. 12. The Commissioner's decision denying Plaintiff SSI is vacated and remanded pursuant to 42 U.S.C. § 405(g) sentence four.

IT IS SO ORDERED.

| May 21, 2025 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson |
|  | United States District Judge |

---

[1] The Commissioner of Social Security responded to the R & R, declaring that no objection would be filed. *See* Def.'s Response to Magistrate Judge's R & R (ECF No. 13).